UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JUAN ORTIZ** | **CIVIL ACTION** |
| **VERSUS** | **No. 12-3029** |
| **STRUCTURAL PROTECTION SERVICES, LLC ET AL.** | **SECTION I** |

### ORDER

Considering plaintiff's Rule 41 notice of dismissal without prejudice,[1]

**IT IS ORDERED** that the motion is **GRANTED**. The above-captioned matter is **DISMISSED WITHOUT PREJUDICE**.

New Orleans, Louisiana, April 23, 2013.

_____
**LANCE M. AFRICK**
**UNITED STATES DISTRICT JUDGE**

---

[1] R. Doc. No. 9.

1